FILED
CLERK, U.S. DISTRICT COURT

JAN 3 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JOSEPH MONACO, | NO. CV 07-6536 CAS (FMO) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| TIMOTHY MOBERG, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: _January 30_, 2008.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE