closed 01/30/08

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JOSEPH MONACO,<br><br>    Plaintiff,<br><br>    v.<br><br>TIMOTHY MOBERG, et al.,<br><br>    Defendants. | NO. CV 07-6536 CAS (FMO)<br><br>**AMENDED JUDGMENT** |

Pursuant to the Ninth Circuit's Memorandum disposition filed on January 22, 2010, IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: January 29, 2010.

_/s/ Christina A. Snyder_
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE